# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| K. SCOTT STOKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 2:24-cv-00175-SCJ |
| ARASHA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Counsel for Plaintiff, having filed Notice [Doc. 11] informing the Court that the parties to this matter have reached a settlement, but that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**SO ORDERED**, this 24th day of September, 2024.

_____
Hon. Steve C. Jones
United States District Judge